UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SYDNAE CLEVELAND,

    Plaintiff,

v.       Case No: 8:18-cv-236-MSS-TGW

SANTANDER CONSUMER, USA, INC.,

    Defendant.

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant's Unopposed Motion to Stay Case and Send All Claims to Arbitration. (Dkt. 9) Defendant seeks an Order staying this case pending arbitration in accordance with the terms of the Parties' written arbitration agreement. (Id.) Plaintiff does not oppose the requested relief. (See Dkt. 9-2 at 2 (Plaintiff's agreement to proposed order granting instant motion))

In light of the Parties' stipulation, the Court hereby **ORDERS** that this proceeding is **STAYED** pending arbitration. The Clerk is directed to **TERMINATE** all motions pending before the Court and **ADMINISTRATIVELY CLOSE** this case. The Parties shall have **fourteen (14) days** after the completion of arbitration to file a notice or appropriate motion advising the Court how and whether this case should proceed.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of March, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person